UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**REBECCA GREEN,**

        **Plaintiff,**

        v.                             Case No. 17-CV-42

**CONVERGENT OUTSOURCING INC,**

        **Defendant.**

---

### ORDER OF DISMISSAL

---

Based on the stipulation of the parties (ECF No. 16), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 6th day of June, 2017.

_/s/ William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge